UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| JANE DOE )<br>    Plaintiff, )<br>V. )<br> )<br>BROWN UNIVERSITY )<br>Providence, RI 02912 )<br> )<br>PHI KAPPA PSI, INC. )<br>5395 Emerson Way )<br>Indianapolis, Indiana 46226 )<br> )<br>JOHN SMITH )<br> )<br>PHI KAPPA PSI – RHODE ISLAND )<br>ALPHA CHAPTER PRESIDENT R.H.; )<br>PHI KAPPA PSI – RHODE ISLAND )<br>ALPHA CHAPTER SECRETARY 1; PHI )<br>KAPPA PSI – RHODE ISLAND ALPHA )<br>CHAPTER PRESIDENT J.P.; PHI )<br>KAPPA PSI – RHODE ISLAND ALPHA )<br>CHAPTER SECRETARY 2; )<br>    Defendants. )<br> ) | C.A. No. 1:16-CV-00562-S-LDA |

**STIPULATION EXTENDING THE DEADLINE FOR DEFENDANT PHI KAPPA PSI –
RHODE ISLAND ALPHA CHAPTER PRESIDENT J.P. TO FILE A RESPONSIVE
PLEADING TO THE PLAINTIFF'S SECOND AMENDED COMPLAINT**

The Plaintiff, by and through her counsel of record Deluca & Weizenbaum, Ltd., and the Defendant Phi Kappa Psi – Rhode Island Alpha Chapter President, J.P. ("J.P."), by and through its counsel of record Boyle Shaughnessy Law, P.C., hereby stipulate to extend the deadline for Defendant J.P. to file a responsive pleading to the Plaintiff's Second Amended Complaint.

WHEREAS, on March 14, 2017 the Plaintiff filed a Motion for Leave to File a Second Amended Complaint;

WHEREAS, on April 12, 2017, this Court granted the Plaintiff's Motion for Leave to file a Second Amended Complaint;

WHEREAS, the Plaintiff filed her Second Amended Complaint on April 17, 2017;

WHEREAS, Defendant J.P.'s original deadline to file a responsive pleading was November 24, 2017;

WHEREAS, Defendant J.P. respectfully requests an extension of thirty (30) days in order to adequately research and assess the appropriate responsive pleading to the Plaintiff's Second Amended Complaint;

WHEREAS, the Plaintiff agrees to extend Defendant J.P.'s deadline to file a responsive pleading by an additional thirty (30) days, moving the current deadline to December 24, 2017.

**IT IS SO STIPULATED.**

Dated: November 21, 2017

                                     /s/ *Miriam Weizenbaum*
                                     Miriam Weizenbaum
                                     DeLuca & Weizenbaum, Ltd.
                                     199 North Main Street
                                     Providence, RI 02903

                                     P: 401-453-1500
                                     F: 401-453-1501
                                     Email: miriam@delucaandweizenbaum.com
                                     Attorney for Plaintiff
                                     Jane Doe


Dated: November 21, 2017

                                     /s/ *Justin G. Monti*
                                     Justin G. Monti, Esquire (#9480)
                                     jmonti@BSCtrialattorneys.com
                                     Boyle | Shaughnessy Law PC
                                     One Turks Head Place, Suite 1330
                                     Providence, RI  02903

                                     P: (401) 270-7676
                                     F: (401) 454-4005
                                     Email: jmonti@BSCtrialattorneys.com
                                     Attorney for Defendant
                                     Phi Kappa Psi – Rhode Island
                                     Alpha Chapter President, J.P.


## **CERTIFICATION**

     I hereby certify that on November 21, 2017 I filed the foregoing document through the ECF system which will send notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


                                     /s/ *Justin G. Monti*
                                     Justin G. Monti Esquire (#9480)