UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JANE DOE,<br><br>       Plaintiff,<br><br>v.<br><br>BROWN UNIVERSITY<br>Providence, RI 02912<br><br>PHI KAPPA PSI, INC.<br>5395 Emerson Way<br>Indianapolis, Indiana 46226<br><br>PHI KAPPA PSI – RHODE ISLAND<br>ALPHA CHAPTER<br>Brown University<br>69 Brown Street<br>Providence, RI 02912<br><br>JOHN SMITH<br><br>       Defendants. | Case No. 1:16-CV-00562-S-LDA |

### STIPULATION EXTENDING THE DEADLINE FOR DEFENDANT PHI KAPPA PSI, INC. TO FILE AN ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Plaintiff Jane Doe, by and through her counsel of record Deluca & Weizenbaum, Ltd., and Defendant Phi Kappa Psi, Inc. ("Phi Psi"), by and through its counsel of record Lamontagne, Spaulding & Hayes and *pro hac vice* counsel Archer Norris, hereby stipulate to extend the deadline for Defendant Phi Psi to file an Answer to Plaintiff's Second Amended Complaint;

WHEREAS, on January 16, 2018, the Court issued an Order denying Defendant Phi Psi's Motion to Dismiss and Motion to Strike Plaintiff's Second Amended Complaint;

WHEREAS, Defendant Phi Psi's deadline to file and serve an Answer to Plaintiff's Second Amended Complaint is January 30, 2018 in accordance with Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure;

WHEREAS, Defendant Phi Psi respectfully requests an extension of 7 days in order to adequately Answer Plaintiff's 182-paragraph pleading;

WHEREAS, Plaintiff agrees to extend Defendant Phi Psi's deadline to file a responsive pleading 7 days, moving the current deadline to February 6, 2018.

**IT IS SO STIPULATED.**

Dated: January 29, 2018

/s/ Miriam Weizenbaum
Miriam Weizenbaum
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

P: 401-354-7233
F: 401-453-1501
Email: miriam@delucaandweizenbaum.com
Attorneys for Plaintiff
Jane Doe

Dated: January 29, 2018

/s/ Donna Lamontagne
Donna Lamontagne
Lamontagne, Spaulding & Hayes
100 Midway Road, Suite 15
Garden City Center
Cranston, RI 02920

P: 401-490-0500
F: 401-490-0555
Email: dlamontagne@lshattorneys.com
Attorneys for Defendant
Phi Kappa Psi, Inc.

Dated:  January 26, 2018

/s/ *Patrick R. Ball*
Michael C. Osborne
Patrick R. Ball
Julia Levitskaia
*(Admitted Pro Hac Vice)*
Archer Norris
One Embarcadero Center, Suite 360
San Francisco, CA  94111

P: 415-653-1480
F: 415-653-1481
Email: mosborne@archernorris.com
Attorneys for Defendant
Phi Kappa Psi, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and that electronic and paper copies have been sent to those indicated as non- registered participants (if applicable) on this 29th day of January 2018.

/s/ *Patrick R. Ball*