# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> vs. <br><br> BROWN UNIVERSITY; et al., <br><br> Defendants. | Case No.: 1:16-cv-00562-S-LDA <br><br> REQUEST FOR EXPEDITED CONSIDERATION |

## REPLY IN SUPPORT OF
## JOHN SMITH'S MOTION TO COMPEL INTERROGATORY RESPONSE
## BY BROWN UNIVERSITY

The defendant, John Smith, requests pursuant to L.R. Cv. 9 that the Court afford his motion to compel expedited consideration.  The purpose of the motion is to locate and serve a deposition subpoena to a percipient witness, Michael Jones.  He is the man who allegedly had relations with Jane Doe on October 18, 2014.  However, upon information and belief, Mr. Jones will graduate on May 27, 2018.  If the Court does not consider the motion promptly, relief may arrive too late to be of use to John Smith.  Specifically, Michael Jones may leave the state and thus avoid service of the subpoena.  Upon information and belief, Mr. Jones is not a permanent resident of Rhode Island and his family resides in Georgia.  Accordingly, after graduation, it may be significantly more difficult to find and serve Mr. Jones with a subpoena.

Date: May 1, 2018

The Defendant, John Smith,
By his Attorney,

/s/ J. Richard Ratcliffe
J. Richard Ratcliffe, #2603
Ratcliffe Harten Galamaga LLP
40 Westminster Street, Suite 700
Providence, R.I. 02903
Tel: (401) 331-3400
Fax: (401) 331-3440
rratcliffe@rhgllp.com

## CERTIFICATE OF SERVICE

I, J. Richard Ratcliffe, certify that on May 1, 2018, I served this document on the following counsel of record by electronic means pursuant to L.R. Gen. 301:

| | |
|---|---|
| Amato A. DeLuca<br>bud@delucaandweizenbaum.com | Patrick R. Ball<br>pball@archernorris.com |
| Miriam Weizenbaum<br>miriam@dwlaw.us | Zachary H. Valentine<br>zvalentine@boyleshaughnessy.com |
| Debra Katz<br>katz@kmblegal.com | Michael D. Grabo<br>michael_grabo@brown.edu |
| Carolyn L. Wheeler<br>wheeler@kmblegal.com | Scott M. Carroll<br>scarroll@bsctrialattorneys.com |
| Donna M. Lamontagne<br>dlamontagne@lshattorneys.com | Steven M. Richard<br>srichard@nixonpeabody.com |
| Julia Levitskaia<br>jlevitskaia@archernorris.com | Thomas R. Bender<br>thomas_bender@brown.edu |
| Michael C. Osborne<br>mosborne@archernorris.com | |

And, by electronic means on:

Matthew S. Dawson Esq.
Lynch & Pine, LLC
One Park Row - 5th Fl.
Providence, R.I. 02903
mdawson@lynchpine.com

                                                             /s/ J. Richard Ratcliffe